Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)731-4841
Email: Rusklaw@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: 2:07-cr-00449-MCE |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| vs. | ) STATUS CONFERENCE |
| Jasmin Butts, et. al. | ) Court: Hon. Morrison C. England |
| | ) Time: 9:00 a.m. |
| Defendants | ) Date: January 31, 2008 |

    Defendant Jasmin Butts, Jasmin Carmichael, Ebony Cromell, Darcell Epps and Tiffany Pippins, by and through their undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon hereby agree and stipulate that the status conference previously scheduled for December 6, 2007 be continued to January 31, 2008.  The defendants are charged in an indictment alleging eight counts of a violations of 18 U.S.C. §371 – Conspiracy; 18 U.S.C. § 1344(2) – Bank Fraud and 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft.  Jasmin Butts had counsel appointed on November 29, 2007. Counsel has not yet obtained discovery.  All parties agree that it is an appropriate exclusion of time to allow counsel to obtain and review discovery and prepare the case. The parties are involved in defense investigation, as well as negotiations and the defendant request that

1  the current status conference be continued to January 31, 2008, if
2  that date is available with the Court.
3       The parties agree that time should be excluded under 18 U.S.C. §
4  3161(h)(8)(i) for defense preparation and under local code T4.

Dated: December 3, 2007          Respectfully submitted,

                                 __/s/ Shari Rusk___
                                 Shari Rusk
                                 Attorney for Defendant
                                 Jasmin Butts

                                 /s/ Krista Hart
                                 Krista Hart
                                 Attorney for Defendant
                                 Tiffany Pippins

                                 /s/ Dina Santos
                                 Attorney for Defendant
                                 Ebony Cromwell

                                 /s/ Matt Bockmon
                                 Attorney for Defendant
                                 Jasmin Carmichael

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

>   /s/ Tim Warriner
>   Attorney for Defendant
>   Darcell Epps
>
>   /s/ Kyle Reardon
>   Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.  The Court finds excludable time through January 31, 2008, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: December 6, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE