1  Tim Warriner (SB#166128)
   Attorney at Law
2  813 6th St., Suite 450
   Sacramento, CA 95814
3  (916) 443-7141

4  Attorney for Defendant
   DARCELL EPPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-00449-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | AND EXCLUDING TIME |
| ) | |
| JASMIN NICOLE BUTTS, ) | |
| JASMINE CHANEL CARMICHAEL, ) | |
| EBONY CROMWELL, ) | |
| DARCELL EPPS, and TIFFANY ) | |
| CHARANADA PIPPINS, ) | |
| ) | |
| Defendants. ) | |
|_____) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is now scheduled for January 31, 2008 at 9:00 a.m.

2. This case involves an alleged conspiracy to commit bank fraud and attempted bank fraud. At this point, approximately 334 pages of discovery have been produced. All defense counsel are in the process of reviewing the discovery, meeting with their respective clients, and conducting investigation necessary to prepare for trial. In light of need for attorney preparation, a continuance of the status conference until **March 27, 2008** is requested.

3. It is stipulated by the parties that time continue to be excluded to March 27, 2008 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

| DATED: January 28, 2008 | /s/ Tim Warriner<br>Attorney for defendant, DARCELL EPPS |
|---|---|
| DATED: January 28, 2008 | /s/ Shari Rusk<br>Attorney for defendant, JASMIN NICOLE BUTTS |
| DATED: January 28, 2008 | /s/ Matthew C. Bockmon<br>Attorney for defendant, JASMIN CHANEL CARMICHAEL |
| DATED: January 28, 2008 | /s/ Dina Santos<br>Attorney for defendant, EBONY CROMWELL |
| DATED: January 28, 2008 | /s/ Krista Hart<br>Attorney for defendant, TIFFANY CHARANADA PIPPINS |
| DATED: January 28, 2008 | /s/ Kyle Reardon<br>Assistant U.S. Attorney |

<u>ORDER</u>

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for January 31, 2008 be continued to March 27, 2008 at 9:00 a.m., and that time continue to be excluded to March 27, 2008 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

Dated: January 30, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE